AO 450 (Rev. 5/85)

# United States District Court
## EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| SOUTHEAST COASTAL DEVELOPMENT FUND, LLC., <br>     Plaintiff, <br> v. <br> REBECCA R. CRUSE, JOSEPH K. CRUSE, INTEGRITY FINANCIAL SERVICES, INC., KIRSTEN E. FRANKLIN, and THE FRANKLIN GROUP OF SOUTH FLORIDA, P.A., d/b/a THE FRANKLIN GROUP, P.A., <br>     Defendants, | **JUDGMENT IN A CIVIL CASE** <br> **CASE NO. 5:08-CV-45-F** |

**Decision by Court.**

    IT IS ORDERED AND ADJUDGED that Plaintiff have and recover from Defendants Rebecca R. Cruse, Joseph K. Cruse and Integrity Financial Services, Inc, the sum of $353,338.00 jointly and severally, plus interest at the legally applicable rate from the date of judgment until paid.

    FURTHERMORE, Plaintiff's Motion for Default Judgment is hereby ALLOWED as to Plaintiff's claim for fraud against Defendants Rebecca R. Cruse, Joseph K. Cruse, and Integrity Financial Services, and all Plaintiff's remaining claims against these Defendants are DISMISSED. The Clerk of Court is DIRECTED to enter judgment accordingly and close this case.

    THE ABOVE JUDGMENT WAS ENTERED TODAY, **January 13, 2010**, AND A COPY MAILED VIA ELECTRONICALLY OR BY REGULAR MAIL TO:

| | |
|---|---|
| **Donald G. Hunt , Jr.** <br> Kirsten G. Atkins-Momot <br> P. O. Box 266 <br> Fuquay-Varina , NC 27526 | Rebecca R. Cruse <br> Joseph K. Cruse <br> Integrity Financial Services, Inc. <br> 160 W. Camino Real #263 <br> Boca Raton, FL 33432 |
| **Lucian P. Sbarra** <br> **David L. Levy** <br> 6000 Fairview Rd., Suite 1000 <br> P. O. Box 30397 <br> Charlotte , NC 28230 | |
| January 13, 2010 <br> Date | DENNIS P. IAVARONE <br> Clerk of Court <br><br> /s/ Susan K. Edwards |
| *Wilmington, North Carolina* | *(By) Deputy Clerk* |